December 16, 2011

Ms. Mary D. McKnight
Law Offices of Mary D. McKnight, P.C.
2620 State Street
Dallas, TX 75204
Mr. Thomas M. Michel
Griffith, Jay & Michel, LLP
2200 Forest Park Blvd.
Fort Worth, TX 76110-1732

RE: Case Number: 10-0855
 Court of Appeals Number: 02-10-00068-CV
 Trial Court Number: 360-355674-03

Style: IN RE JEFFREY COOK

Dear Counsel:

 Today the Supreme Court of Texas issued an opinion in the above-
referenced cause. You may obtain a copy of the opinion at:
http://www.supreme.courts.state.tx.us/historical/recent.asp. If you would
like the opinion by email, please contact Claudia Jenks at
claudia.jenks@txcourts.gov or call (512)463-1312 ext. 41367.

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosure
|cc:|Mr. Thomas A. |
| |Wilder |
| |Ms. Debra Spisak |